**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **AMERICAN VIDEO GRAPHICS, L.P.,** § | | |
| § | | |
| **Plaintiff,** § | **CIVIL ACTION** | |
| § | | |
| **vs.** § | **6:04cv399  LED** | |
| § | | |
| **SONY CORPORATION OF AMERICA,** § | **JURY TRIAL** | |
| *et al.*, § | | |
| § | | |
| **Defendants.** § | | |

**ORDER ON STIPULATION OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
SONY ONLINE ENTERTAINMENT INC.**

On February 15, 2005, the Court considered the Stipulation of Dismissal Without

Prejudice filed by Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Sony Online

Entertainment Inc. ("Sony Online").  After considering the Stipulation, the Court hereby dismisses

the claims made by AVG against Sony Online in the above-referenced and numbered case and any

counterclaims made by Sony Online against AVG in the above-referenced and number case.  This

dismissal is without prejudice.  All other claims and defenses that AVG or Sony Online may have

against the other in any other case are preserved and are not affected by this Order.

**So ORDERED and SIGNED this 15th day of February, 2005.**



**_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dallas 188595v1