## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **AMERICAN VIDEO GRAPHICS, L.P.,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION |
| vs. | § § | 6:04cv399  LED |
| **SONY CORPORATION OF AMERICA, et al.,** | § § § | JURY TRIAL |
| Defendants. | § § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Nintendo of America Inc. ("Nintendo"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate and agree that all claims, counterclaims and other causes of action that each has brought against the other be dismissed with prejudice, with each party bearing its own expenses, costs of court, and attorneys' fees.

DATED: January 20, 2006 Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Sam Baxter
Sam Baxter
Attorney-in-Charge
Texas State Bar No. 01938000
505 E. Travis, Suite 105
P.O. Box O
Marshall, Texas 75670
sbaxter@mckoolsmith.com
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker, P.C.
Texas State Bar No. 15498000
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 533-9288
Telecopier: (903) 533-9687
rmparker@cox-internet.com

**ATTORNEYS FOR PLAINTIFF AMERICAN VIDEO GRAPHICS, L.P.**

/s/ Timothy S. Teter
   (by Sam Baxter with permission)
Thomas J. Friel, Jr.
Attorney-in-Charge
tfriel@cooley.com
Timothy S. Teter
tteter@cooley.com
**Cooley Godward LLP**
Five Palo Alto Square
Palo Alto, CA 94306
Tel:  650/843-5000
Fax:  650/849-7400

**NIXON & VANDERSHYE, P.C.**
Robert W. Faris
rwf@nixonvan.com
Michael J. Shea
mjs@nixonvan.com
1100 North Glebe Road, 8th Floor
Arlington, VA 22201-4714
Tel: 703-816-4000
Fax: 703-816-4100

Melvin R. Wilcox, III
Texas State Bar No. 21454800
**Wilson, Sheehy, Knowles, Robertson
& Cornelius, P.C.**
P.O. Box 7339
Tyler, Texas  75711
Tel:  903/509-5000
Fax:  903/509-5092
mrw@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
NINTENDO OF AMERICA INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 20th day of January, 2006.

                                                               /s/ Sam Baxter
                                                               Sam Baxter